## Edward Bickford v. The People.

### *Amendment of information.*

An information charging the accused with breaking and entering a shop and office by night with intent to steal, without showing whether the premises adjoined a dwelling or were occupied with one, does not allege an offense known to the law, and cannot after judgment be so amended as to show they were not so adjacent or occupied, and sustain a conviction.

Error to Superior Court of Grand Rapids.    Submitted June 19.    Decided June 21.

BURGLARY.    Respondent was convicted as charged.

*H. E. Dewey* for plaintiff in error.

Attorney General *Otto Kirchner* for the People.

PER CURIAM.    The facts in this case are exactly the same as in *Byrnes v. People*, 37 Mich., 515, and therefore the same judgment of reversal must be entered and for discharge of prisoner.